# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 639 MAL 2021
:
Respondent   :
:   Petition for Allowance of Appeal
:   from the Order of the Superior Court
v.   :
:
:
:
EDWARD ARTHUR GEIER, JR.,   :
:
Petitioner   :

COMMONWEALTH OF PENNSYLVANIA,   :   No. 640 MAL 2021
:
Respondent   :
:
:   Petition for Allowance of Appeal
:   from the Order of the Superior Court
v.   :
:
:
EDWARD ARTHUR GEIER, JR.,   :
:
Petitioner   :

## ORDER

**PER CURIAM**

     **AND NOW**, this 31st day of May, 2022, the Petition for Allowance of Appeal is **DENIED**.